

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00556-CV

Salim **MERCHANT**,
Appellant

v.

**SOUTH TEXAS MERCHANT ASSOCIATION COOPERATIVE**, Quest Distributors LLC, STMA Business LLC, STMA Properties LLC, Sadruddin Sarfani, Hasam Ali, Mustak Ali, Rahim Ali, Saleem Ali Noorallah Dhuka, Alina Jindani, Iqbal Karadiya, Nooru Lalani, Nizarali Maredia, Amin P. Mohammad, Amin V. Mohamed, Inayatali Momin, and Ruknuddin Momin, Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI14923
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we STRIKE Appellant's amended brief and prohibit Appellant from filing another. This appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of court for this appeal are taxed against appellant Salim Merchant.

SIGNED November 21, 2018.

_____
Patricia O. Alvarez, Justice